**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,[1]<br><br>                  Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of CHRISTMAS TREE SHOPS, LLC *et al.*,<br><br>                  Plaintiff,<br><br>vs.<br><br>DENNIS J. MOSNER PHOTOGRAPHY,<br><br>                  Defendant. | Adv. Proc. No. 25-50840 (TMH) |

**ORDER APPROVING STIPULATION FOR FURTHER EXTENSION
OF TIME FOR THE DEFENDANT TO ANSWER THE COMPLAINT**

Upon consideration of the *Stipulation for Further Extension of Time for the Defendant to Answer the Complaint* (the "Stipulation") filed by the Chapter 7 Trustee and the Defendant; and the Court having reviewed the Stipulation, a copy of which is attached hereto as **Exhibit 1**; and good cause appearing for the relief requested therein, it is hereby ORDERED THAT:

1. The Stipulation, attached hereto as **Exhibit 1**, is approved in its entirety.

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

2. This Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

*[Signature: Thomas M. Horan]*

**Dated: August 25th, 2025**
**Wilmington, Delaware**

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**

4923-5163-5553.1 57097.001                                                                 5